# IN THE SUPREME COURT OF THE STATE OF NEVADA

CEDRIC ALAN DIAL,
Petitioner,
vs.
THE STATE OF NEVADA,
Respondent.

No. 71394

FILED

NOV 17 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DENYING PETITION*

This petition for a writ of mandamus challenges a judgment of conviction.[1] Without deciding upon the merits of any claims raised in the documents submitted in this matter, we decline to exercise our original jurisdiction. *See* NRS 34.160; NRS 34.170. A challenge to the validity of the judgment of conviction must be raised in a postconviction petition for a writ of habeas corpus filed in the district court in the first instance. NRS 34.724(2)(b); NRS 34.738(1).[2] Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Parraguirre

_____, J.
Hardesty

_____, J.
Pickering

---

[1]The motion to waive the filing fee is denied as no filing fee was charged. *See* NRS 2.250(1)(d)(3).

[2]We express no opinion as to whether petitioner could meet the procedural requirements of NRS chapter 34.

cc: Cedric Alan Dial
    Attorney General/Carson City
    Nye County District Attorney
    Nye County Clerk